UNITED STATES DISTRICGT COURT
EASTERN DISTRICT OF WISCONSIN

NATHAN KOBOSKI,  Case No. 16-cv-1045-pp

    Plaintiff,

v.

NANCY BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

**ORDER APPROVING STIPULATION TO AWARD ATTORNEYS' FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (DKT. NO. 20)**

On May 18, 2017, the parties filed a Stipulation to Award Attorney Fees Under the Equal Access to Justice Act. Dkt. No. 20. The court **APPROVES** the stipulation, dkt. no. 20, and **ORDERS** the following:

The court **ORDERS** that the defendant shall pay an award of attorney fees in the sum of $3,307.50, and costs of $0.00, in full satisfaction and settlement of any and all claims the plaintiff may have in this case, under the Equal Access to Justice Act. The court orders the defendant to pay this award of fees to the plaintiff, and not to the plaintiff's attorney. The fees can be offset to satisfy pre-existing debts that the plaintiff owes the United States under Astrue v. Ratliff, 130 S. Ct. 2521 (2010).

If counsel for the parties verify that the plaintiff owes no pre-existing debt subject to offset, the defendant shall direct that the award be made payable to

the plaintiff's attorney under the EAJA assignment signed by the plaintiff and his counsel.

If the plaintiff owes any pre-existing debt subject to offset in an amount less than the EAJA award, the Social Security Administration will instruct the U.S. Department of Treasury that any check for the remainder after offset will be made payable to the plaintiff's attorney and mailed to the business address of the plaintiff's attorney.

Dated in Milwaukee, Wisconsin this 8th day of June, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**